O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL BOWE, | ) | Case No. CV 11-08381 DDP (SHx) |
| Plaintiff, | ) | |
| v. | ) | **ORDER GRANTING PRELIMINARY INJUNCTION** |
| AMERICAN MORTGAGE NETWORK, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; CALIFORNIA RECONVEYANCE COMPANY; JP MORGAN CHASE BANK, NA; BANK OF AMERICA, NA, | ) | [Dkt. No. 2] |
| Defendants. | ) | |

On October 11, 2011, this court granted Plaintiff's Application for a Temporary Restraining Order and set a preliminary injunction hearing for October 20, 2011 at 10:00 a.m. (Dkt. No. 6). Plaintiff represented to the court that Defendants have been served. Defendants did not appear at the October 20 preliminary injunction hearing.

Accordingly, on the basis of Plaintiff's prior submission, a preliminary injunction will issue for the reasons stated in the court's October 11 order. Defendants and Defendants' respective

agents, employees, representatives, and all persons acting under Defendants' direction are enjoined from foreclosing on the certain real property located at 3958 Keeshen Drive, Los Angeles, California 90066, or from taking any further action in an attempt to foreclose on or conduct a trustee's sale of Plaintiff's residence.

IT IS SO ORDERED.

Dated: October 20, 2011

DEAN D. PREGERSON
United States District Judge